IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANTHONY J. RICHARDSON,                )
                                      )      Civil No. 10-1288-PK
          Plaintiff,                  )
                                      )
     v.                               )      ORDER
                                      )
MAX WILLIAMS, et al.,                 )
                                      )
          Defendants.                 )

PAPAK, Magistrate Judge.

In accord with the court's prior Order [22] plaintiff moves the court for leave to file an amended complaint. Plaintiff's Motion is granted. The operative pleading in this action is plaintiff's Amended Civil Rights Complaint [26]. Under these circumstances, defendants' pending Motion to Dismiss [13] is mooted. Defendants are directed to file an Amended Motion to Dismiss or to otherwise respond to plaintiff's Amended Complaint within 30 days of the date of this Order.

1 - ORDER

## CONCLUSION

Based on the foregoing, plaintiff's Motion for Leave to File an Amended Complaint [25] is GRANTED. Defendant's pending Motion to Dismiss [13] is moot. Defendants are directed to file an Amended Motion to Dismiss or to otherwise respond to plaintiff's Amended Complaint within (30) days of the date of this Order.

IT IS SO ORDERED.

DATED this 31st day of May, 2011.

_____
Paul Papak
United States Magistrate Judge

2 - ORDER